AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>POSNER, RICHARD A | 2. Court or Organization<br><br>U S COURT OF APPEALS 7th CIRC | 3. Date of Report<br><br>06/02/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE U S CIRCUIT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>219 S DEARBORN<br>CHICAGO IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. SENIOR LECTURER | UNIVERSITY OF CHICAGO LAW SCHOOL |
| 2. TRUSTEE | TRUST ██████████ |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUN 10 A 10: 59 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | UNIVERSITY OF CHICAGO LAW SCHOOL; PART TIME TEACHING | $ 24,240 |
| 2. 2007 | HARVARD UNIVERSITY PRESS; ROYALTIES | $ 21,929 |
| 3. 2007 | ASPEN PUBLISHERS; ROYALTIES | $ 24,411 |
| 4. 2007 | UNIVERSITY OF CHICAGO PRESS; ROYALTIES | $ 1,573 |
| 5. 2007 | OXFORD UNIVERSITY PRESS (ENGLAND); ROYALTIES | $ 585 |
| 6. 2007 | EDWARD ELGAR PUBLISHING; ROYALTIES | $ 4,825 |
| 7. 2007 | NEW YORK TIMES; ROYALTIES | $ 310 |
| 8. 2007 | STANFORD UNIVERSITY; ROYALTIES | $ 15,026 |
| 9. 2007 | COPYRIGHT CLEARANCE CENTER; ROYALTIES | $ 524 |
| 10. 2007 | THOM / WEST PUBLISHERS; ROYALTIES | $ 121 |
| 11. 2007 | SHANGAI UNIVERSITY; ROYALTIES | $ 750 |
| 12. 2007 | BETH VESEL LITERARY AGENCY; ROYALTIES | $ 4,126 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **POSNER, RICHARD A** | 06/02/2008 |

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SEE ATTACHED SCHEDULE | SEE ATTACHED SCHEDULE | SEE ATTACHED SCHEDULE | SEE ATTACHED SCHEDULE | SEE ATTACHED SCHEDULE |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A | 06/02/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNTS AND MUTUAL FUNDS: | | | | | | | | | |
| 2. DWS MANAGED MUNI BOND FUND – | D | Dividend | M | T | | | | | |
| 3. VANGUARD INTERMEDIATE TERM TAX EXEMPT ADM FUND | D | Dividend | M | T | BUY | 02/08 | J | | |
| 4. | | | | | BUY | 08/06 | J | | |
| 5. VANGUARD 500 INDEX ADM FUND | D | Dividend | N | T | SOLD PART | 04/27 | K | | |
| 6. BLACKROCK GLOBAL DYNAMIC EQUITY FUND | A | Dividend | K | T | BUY | 04/27 | K | | |
| 7. BLACKROCK GOV'T INCOME FUND A | B | Dividend | K | T | | | | | |
| 8. BLACKROCK MUNI INSURED INSTL FUND | C | Dividend | L | T | | | | | |
| 9. BLACKROCK NAT'L MUNI INSTL FUND | B | Dividend | L | T | | | | | |
| 10. BLACKROCK GLOBAL VALUE INCOME FUND | A | Dividend | | | SOLD | 04/27 | K | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. KEOGH RETIREMENT ACCOUNT: | | | | | | | | | |
| 17. BLACKROCK BASIC VALUE FUND A (FORMERLY ML BASIC VALUE FUND) | E | Dividend | O | T | REINVESTMENT | 12/07 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | J | T | BUY | 04/24 | J | | |
| 19. | | | | | | 12/15 | J | | |
| 20. TRUST ACCOUNT: | | | | | | | | | |
| 21. BLACKROCK NAT'L MUNI FUND INSTITUTIONAL | A | Dividend | K | T | | | | | |
| 22. BLACKROCK NAT'L MUNI FUND A | A | Dividend | K | T | | | | | |
| 23. BLACKROCK MUNI 2018 FUND | A | Dividend | J | T | | | | | |
| 24. BLACKROCK GLOBAL ALLOCATION FUND A | A | Dividend | J | T | | | | | |
| 25. BLACKROCK GLOBAL ALLOCATION FUND B | A | Dividend | J | T | | | | | |
| 26. NUVEEN MUNI MARKET OPPORTUNITY FUND | B | Dividend | K | T | | | | | |
| 27. NUVEEN INSURED QUALITY MUNI FUND | B | Dividend | K | T | | | | | |
| 28. NUVEEN SELECT QUALITY MUNI FUND | A | Dividend | K | T | | | | | |
| 29. CMA TAX EXEMPT FUND | A | Dividend | K | T | | | | | |
| 30. DWS GNMA FUND | D | Dividend | M | T | | | | | |
| 31. DWS SHORT TERM BOND FUND ◆ | C | Dividend | | | MERGER SALE | 04/20 | M | | |
| 32. DWS MANAGED MUNI BOND FUND - ● | C | Dividend | M | T | | | | | |
| 33. DWS GROWTH & INCOME FUND - ● | C | Dividend | K | T | | | | | |
| 34. DWS SHORT DURATION PLUS FUND - ● | D | Dividend | M | T | MERGER BUY | 04/20 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. KEOGH RETIREMENT ACCOUNTS: | | | | | | | | | |
| 37. BLACKROCK BASIC VALUE FUND A | E | Dividend | P1 | T | | | | | |
| 38. BLACKROCK GLOBAL ALLOCATION FUND A | E | Dividend | K | T | BUY | 05/24 | K | | |
| 39. MLBANK USA RASP ACCOUNT | A | Dividend | J | T | BUY | 04/10 | K | | |
| 40. | | | | | SELL | 05/24 | K | | |
| 41. I R A ACCOUNT #1: | | | | | | | | | |
| 42. U S TREASURY STRIP ZERO COUPON BOND | A | Interest | J | T | MATURITY | 02/15 | J | A | |
| 43. BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | K | T | BUY | 02/23 | J | | |
| 44. BLACKROCK MIDCAP VALUE OPPORTUNITY FUND B | A | Dividend | J | T | | | | | |
| 45. BLACKROCK MIDCAP VALUE OPPORTUNITY FUND A | A | Dividend | J | T | | | | | |
| 46. ML BANK USA RASP ACCOUNT | A | Dividend | J | T | | | | | |
| 47. | | | | | | | | | |
| 48. I R A ACCOUNT #2: | | | | | | | | | |
| 49. ML BANK USA RASP ACCOUNT | A | Dividend | J | T | | | | | |
| 50. CERTIFICATE OF DEPOSIT INDY MAC BANK | A | Interest | | | MATURITY | 05/15 | J | | |
| 51. CERTIFICATE OF DEPOSIT WASHINGTON MUTUAL BANK | A | Interest | | | MATURITY | 11/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CERTIFICATE OF DEPOSIT CIT BANK | A | Interest | K | T | BUY | 05/21 | K | | |
| 53. CERTIFICATE OF DEPOSIT GMAC BANK | A | Interest | K | T | BUY | 12/10 | K | | |
| 54. BLACKROCK BASIC VALUE FUND | A | Dividend | K | T | | | | | |
| 55. BLACKROCK GLOBAL ALLOC FUND | B | Dividend | L | T | | | | | |
| 56. BLACKROCK VALUE OPPORTUNITY FUND | A | Dividend | K | T | | | | | |
| 57. BLACKROCK PACIFIC FUND | A | Dividend | K | T | BUY | 02/23 | J | | |
| 58. BLACKROCK GLOBAL VALUE FUND | A | Dividend | | | SOLD | 04/27 | L | D | |
| 59. BLACKROCK GLOBAL DYNAMIC EQUITY FUND | A | Dividend | L | T | BUY | 04/27 | L | | |
| 60. BLACKROCK LATIN AMERICA FUND | A | Dividend | K | T | BUY | 02/23 | J | | |
| 61. AMERICAN FUNDS INTERMIDIATE BOND FUND A | C | Distribution | L | T | | | | | |
| 62. AMERICAN FUNDS INTERM BOND FUND OF AMERICA B | A | Dividend | J | T | BUY | 01/02 | J | | |
| 63. BLACKROCK TOTAL RETURN FR (FORMERLY INST BOND FD) | C | Dividend | L | T | | | | | |
| 64. RESOLUTION FUNDING CORP ZERO COUPON BOND | | None | | | REDEEMED | 01/16 | J | | |
| 65. CATS SERIES Q ZERO COUPON BOND | | None | J | T | | | | | |
| 66. U S TREASURY STRIP ZERO COUPON BOND | | None | J | T | | | | | |
| 67. | | | | | | | | | |
| 68. RETIREMENT ACCOUNTS: | | | | | | | | | |

| I. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. VANGUARD 500 INDEX FUND - INVESTOR CLASS | E | Dividend | N | T | BUY MONTHLY | | J | | |
| 70. TIAA CREF RETIREMENT ANNUITIES | F | Dividend | P1 | T | TRANSFERS | 02/27 | L | | |
| 71. TIAA REAL ESTATE FUND | E | Dividend | N | T | | | | | |
| 72. TIAA CREF STOCK MUTUAL FUND (SRA RETIREMENT) | | None | P1 | T | | | | | |
| 73. | | | | | | | | | |
| 74. BANK ACCOUNTS: | | | | | | | | | |
| 75. BANK FINANCIAL | A | Interest | K | T | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A | 06/02/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A | 06/02/2008 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

FINANCIAL DISCLOSURE REPORT                     Richard A. Posner
(2007)

## IV. REIMBURSEMENTS

SOURCE                                    DESCRIPTION

1. Harvard Law School            2/27 to 2/28    Boston, MA; Workshop;
                                        transportation, hotel & food

2. Stanford University           3/01 to 3/04    Stanford, CA; Meeting;
                                        transportation, hotel & food;
                                        ▅▅▅

3. Fordham University            3/08 to 3/12    New York, NY; Moot Court;
                                        transportation, hotel & food;
                                        ▅▅▅

4. Harvard Law School            3/18 to 3/20    Boston, MA; Conference;
                                        transportation, hotel & food;
                                        ▅▅▅

5. Hudson Institute              3/21    Washington, DC; Conference;
                                        transportation, hotel & food

6. Harding Security Associates   3/22 to 3/23    Washington, DC; INSA
                                        event; transportation, hotel & food

7. Third Circuit Court of Appeals    4/28 to 4/30    Philadelphia, PA; Speaker
                                        at conference; transportation,
                                        hotel & food; ▅▅▅

8. NSA                           5/01 to 5/02    Fort G. Meade, Maryland;
                                        Speaker/Law Day; transportation;
                                        hotel & food

9. Seventh Circuit Court of Appeals    5/07 to 5/08    Milwaukee, WI; 7th Circuit
                                        Conference; transportation; food

10. Carleton University          6/10 to 6/13    Ottawa, Canada;
                                        Conference; transportation;
                                        hotel & food; ▅▅▅

11. American Library Association    6/24 to 6/26    Washington, DC;
                                        Conference; transportation;
                                        hotel & food

12. Hoover Institution           9/09 to 9/11    Washington, DC;
                                        Meeting; transportation;
                                        hotel & food

13. Center on Law and Security
   New York University School of Law

10/07 to 10/08   New York, NY; Seminar; transportation; hotel & food

14. Princeton University

10/09 to 10/10   Princeton, NJ; Speaker; transportation; hotel & food

15. First Circuit Court of Appeals

10/21 to 10/22   Boston, MA; Speaker; transportation; █████

16. NBER

10/23 to 10/25 Cambridge, MA; Meeting; transportation; hotel & food; █████